Honorable Timothy J. Kelly
United States District Judge
United States Courthouse
300 Constitution Avenue, N.W
Washington D.C 20001

Dear Honorable Judge Timothy Kelly,

I have had the honor and divine blessing of birthing, nurturing, loving, and mothering Madison Lynda Pettit. Madison is a kind and compassionate woman. She is always putting other people's needs before her own. Madison is an essential and important piece of our closely knitted family. Her younger sisters depended on her more now than when she lived at home. They are more aware of how they need her now that they don't see her every day. Even though she has a busy schedule with work, school, and household responsibilities she will still make time for them when they call her.

When Madison moved out, I was sad because I missed her. I found comfort when I realized her relationship with her sisters was growing. Her younger sister Morgan (age 18) and Payton (age 15) are frequently asking her for the littlest of things, such as having help getting ready for an important event. They ask her for help with their makeup and hair, sometimes they will also need a ride somewhere. I too ask Maddy to help with simple things like taking the youngest to an orthodontist appointment or being there to pick Payton up from school when she doesn't have a ride. They often ask her to go shopping with them or do their nails together. Madison has always been eager and willing to help us all. We are so grateful for all her help.

Madison possesses a strong will and kind heart. She is full of compassion and has a fire of love in her for all living things. She loves all animals, especially a love for frogs, any and all frogs. She likes to just catch them and then release them. She would rescue and feed all animals that she possibly could. Madison has a good heart. She has a deeply rooted Christian faith. Her love for God truly spills over in her life. This is displayed by her love and respect towards others. She is not rude, she is not ugly, she is not aggressive or mean. She is not destructive or confrontational. She is not violent. Madison is not disobedient to her parents or her God, she never was as an adult or child. She values the sanctity of human life and is a very loving soul. Madison would give her last meal and the shirt off her back.

When she was four years old, Madison wore leg braces with cables that were bolted to her shoes and held to her torso by a thick leather belt that fastened around her waist. She wore this with out any complaints. She wore this happily with a smile on her face each day at pre-school. She did this because she saw no difference in the way she looked compared to the other kids at school. Madison has always viewed others as equal, never being boastful or proudful. As a child she had asked at an early age, why some kids at school required extra help or needs. I tried my best to explain that some kids and people need extra help and extra care. So, I told her that they have extra special needs. Well, that didn't settle with her by not agreeing with the word "special needs". Madison took what I said and recalled it differently as a person who has "special manners".

With each year that I watch Madison grow I am enthralled by the beauty of her humble soul. I am proud of the goodness in her heart. Watching Madison grow into the young woman she is I am reminded of God's commandment to love one another. From the moment I knew she was growing in my womb I thanked the Lord for the miracle of life within me. At that moment of discovery, I immediately started to bond soul to soul with my child. We don't always know what our purpose in life is from a spiritual aspect, by I knew after having my three beautiful daughters that my purpose was to prepare their souls. Which was to then to prepare their soul to deliver to the Lord, as he once delivered them to me.

Madison and Gabe have an amazingly strong and faithful relationship. They are kind and loving to one another. They are best friends and share everything together. Madison and Gabe have been together since they were 14 and 16 years old. Gabe is a tremendously good person. They have spent the last 6 years growing and learning together. They are very supportive of one another and also are encouraging to each other. Gabe is very good to Madison, and he treats her exceptionally well. Gabe has always had a very strong work ethic and never complains about having to work as many days and hours that he does. He is always willing to help my husband and I when whenever we ask. Gabe has a compassionate and humble heart. I wouldn't want anybody else for my daughter. Knowing that they have each other to navigate this life together in this parlous world is a blessing. I look forward to the future that they are building together.

I thank you kindly for allowing me to share a little bit about my daughter Madison Pettit. I hope that you are able to get a very clear understanding of who she is and how precious she is to us.

Sincerely,
Tracey L. Pettit

Honorable Timothy J. Kelly
United States District Judge
United States Courthouse
300 Constitution Avenue, N.W
Washington D.C 20001

Dear Honorable Judge Kelly,

It is a privilege to be Madison's father. She is a kind, strong and a good person. She is very compassionate towards others and animals. She is an honest and humble person with a good heart. She is always willing to help others in need. She is a hard worker in school and her job. This shows that she has clear goals to work towards for the future. As a child, Madison had a lot of friends, and she is well liked among her peers. Even though she works full-time and handles a full-time college schedule, she still makes time to help out her sisters when needed.

Madison had been raised with Christian values and this shows with her compassion towards others. I am proud of her for handling her financial decisions on her own. She is a positive person to be around. Madison was never defiant or disobedient and always made good grades in school. She was able to take college classes in High School and was able to graduate with 30 college credits. Her sisters look up to her when they need help schoolwork and she is always there to help them.

Madison has only had one boyfriend ever who is Gabe Burress. They have a very nice and strong relationship together. Gabe is a hard worker and is also willing to help when needed. He has helped me with tasks needed done around the house. He treats Madison with great respect and is a great fit in her life. I look forward to their future that they will have together.

Sincerely,
Matthew T. Pettit

March 9, 2022
Linda M. Turvey
3456 Otjen Rd.
Toledo, Ohio 43558

Honorable Timothy J. Kelly
United States District Judge
United States Courthouse
300 Constitution Avenue N.W
Washington, D.C 20001

Dear Honorable Timothy J. Kelly,

Madison Lynda Pettit is my firstborn granddaughter. I am her only living grandparent. Madison is a very intelligent young woman of much integrity for her strong moral principles. She is compassionate, honest, and a genuine human being. Madison always shows kindness and respect for others. Madison and her boyfriend of 6 years, Gabe Burress have built a strong, trusting relationships. They share a nice home in Swanton, Ohio. They both work hard in their jobs. Madison is in college and also works a job. I am very proud of Madison's achievements with school, college, and her career goals.

Respectfully,
Madison L. Pettit Maternal Grandmother Linda M. Turvey

From: Stephen & Tammy Waddell

Date: March 3, 2022

To:
Honorable Timothy J. Kelly
United States District Judge
United States Courthouse
300 Constitution Avenue,
N.W Washington D.C 20001

Dear Honorable Judge Kelly,

We have had the pleasure of knowing Madison Pettit since she was born. My wife and I have watched her grow from a baby to a beautiful woman, inside and out. Being her Aunt and Uncle, we have observed firsthand her kindness, we also were Madison's sports coaches until she attended High School. During the many years of knowing her, she has always displayed good conduct. She has always got along well with her cousins and all other teammates, which consisted of a variety of Ethnicities from all over Lucas & Fulton county, boys, and girls.

She has a very kind and giving heart, always volunteers to help my wife who is on disability, with performing cleaning tasks, moving furniture, picking up items from the store, etc. She also takes care of our animals when needed. Madison has a very bright future ahead of her. She is enrolled and attends Toledo University, I have never had an occasion or opportunity where I have even once questioned her character, heart, or virtue.

Madison is a woman of God, Kind, and honest soul, she cares deeply about everyone and everything living. I cannot see a time in the world, where she would harm anyone or anything. My niece may have made mistake, but she a good person who is deserving of a second chance.

Thank you,
Honorable Judge Kelly

Sincerely yours,
Stephen & Tammy Waddell